JUNE 24, 2003

No. 02–1563. SAC & FOX TRIBE OF THE MISSISSIPPI IN IOWA *v.* IOWA MANAGEMENT & CONSULTANTS, INC. Sup. Ct. Iowa. Certiorari dismissed under this Court's Rule 46.1.

JUNE 27, 2003

No. 02–1577. CITY OF COMBES, TEXAS, ET AL. *v.* EAST RIO HONDO WATER SUPPLY CORP. ET AL. Affirmed on appeal from D. C. S. D. Tex.

No. 02–583. LIMON *v.* KANSAS. Ct. App. Kan. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lawrence* v. *Texas, ante,* p. 558.

No. 02–733. GERLING GLOBAL REINSURANCE CORPORATION OF AMERICA ET AL. *v.* GARAMENDI, INSURANCE COMMISSIONER, STATE OF CALIFORNIA. C. A. 9th Cir. The Court reversed the judgment below in *American Ins. Assn.* v. *Garamendi, ante,* p. 396. Therefore, certiorari granted, and case remanded for further proceedings.

No. 02–10444. SHELTON *v.* COFFMAN ET AL. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02–10446. MCBRIDE *v.* GEORGIA DEPARTMENT OF CORRECTIONS ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2336. IN RE DISBARMENT OF KLIMOW. Disbarment entered. [For earlier order herein, see 537 U. S. 1183.]